UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

    Plaintiff,

    v.

FAIRFIELD COUNTY JAIL OF THE SOLANO COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants.

Case No. 21-cv-04410-YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On June 9, 2021, Plaintiff, an inmate, filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983. On that same date, the Clerk of the Court sent a notice to Plaintiff, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's *in forma pauperis* application. The Clerk sent Plaintiff a blank *in forma pauperis* application and told him that he must pay the fee or return the completed application within twenty-eight days or his action would be dismissed. More than twenty-eight days have passed and Plaintiff has neither paid the filing fee nor returned a completed *in forma pauperis* application.[1]

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: September 16, 2021

JUDGE YVONNE GONZALEZ ROGERS
United States District Judge

---

[1] On June 26, 2021, Plaintiff submitted his six-month prisoner trust account statement, but he did not complete the *in forma pauperis* application. *See* Dkt. 3. Since then he has not communicated with the Court.